## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| GMPC d/b/a Big Accessories,<br><br>                  Plaintiff,<br><br>     v.<br><br>UNITED STATES,<br><br>                  Defendant. | Court No. 09-00253 |

### REVISED STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

As prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, this action is stipulated for judgment on the following agreed statement of facts in which the parties agree:

1. The protest in this case was filed and this action was commenced within the time provided by law, and all liquidated duties, charges or exactions were paid prior to the filing of the summons.

2. The imported merchandise that is the subject of this action (subject merchandise) consisted of merchandise described on the invoices as "Duetact Sample Bags" and "Plastic Bags" imported from China.

3. The subject merchandise was imported on entry number 862-0391208-3 of October 24, 2006.

4. The subject merchandise is within the scope of an antidumping order issued pursuant to Case No. A-570-886.

5. The correct antidumping margin for the subject merchandise is calculated at 25.69 percent.

1

6. Plaintiff filed its non-reimbursement statement with a timely protest.

7. U.S. Customs and Border Protection shall reliquidate entry 862-0391208-3 assessing a final antidumping duty rate of 25.69 percent *ad valorem.*

8. Any refunds payable by reason of this judgment are to be paid with interest provided for by law.

9. All other claims and non-stipulable entries in this case, if any, are abandoned.

10. Each party will bear its own costs and attorney's fees.

Respectfully submitted,

By:/s/ Robert F. Seely
    Robert F. Seely
    GRUNFELD, DESIDERIO,
    LEBOWITZ, SILVERMAN &
    KLESTADT LLP
    399 Park Avenue
    25th Floor
    New York, New York 10022
    Tel.: (212) 557-4000

Attorneys for Plaintiff

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

By: _____
    Amy M. Rubin
    Assistant Director

_____
Beverly A. Farrell
Trial Attorney
U.S. Department of Justice
Civil Division, Commercial Litigation
International Trade Field Office
26 Federal Plaza, Suite 346
New York New York 10278
Tel.: (212) 264-9230

Attorneys for Defendant

*Stipulated Judgment on Agreed Statement of Facts*
Court No. 09-00253

**IT IS HEREBY ORDERED** that this action is decided and this final judgment is to be entered by the Clerk of this Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refunds in accordance with the stipulation of the parties set forth above.

_____
Judge

Dated: _____

## SCHEDULE A TO STIPULATED JUDGMENT

**Port:** Chicago, IL

| Court # | Protest # | Entry # | Description of Merchandise |
|---|---|---|---|
| 09-00253 | 3901-08-101174 | 862-0391208-3 | Plastic bags |

Summons filed:
July 7, 2009

3